```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X Bankr. #13-72378
```

**In Re Michael J. Firestone,**

                        Debtor

```
--------------------------------------X
```

### ATTORNEY AFFIRMATION OF POST-PETITION PAYMENTS

    Adam C. Gomerman, Esq., under penalty of perjury, deposes and says:

    1.   I am the attorney for the debtor herein.

    2.   Prior to appearing at the Hearing on Confirmation for the within case, I contacted the bankruptcy department at Wells Fargo Home Mortgage.

    3.   I was informed that the within Debtor has made all of his post-petition payments on both his first and second mortgage. The Debtor is now current through the month of July, 2013.

    Accordingly, the debtor and the debtor's attorney respectfully request that this case be recommended for Confirmation.

DATED: July 9, 2013                      /s Adam C. Gomerman

                                                                   Adam C. Gomerman, Esq.